UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA MARCELLIN, | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 3:22-cv-2178 |
| | § | (JURY) |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY D/B/A | § | |
| ALLSTATE | § | |
| | § | |
|     Defendant | § | |

**DEFENDANT ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY D/B/A ALLSTATE'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Allstate Fire and Casualty Insurance Company d/b/a Allstate ("Allstate") files this Notice of Removal of Cause Number CC-22-04796-C, styled *Monica Marcellin vs. Allstate Fire and Casualty Insurance Company d/b/a Allstate*, currently pending in the County Court at Law No. 3, Dallas County, Texas. Allstate removes the case to the U.S. District Court for the Northern District of Texas, Dallas Division. As grounds for removal, Defendant states as follows:

**I.**

**OVERVIEW**

1.1   This case involves a dispute over insurance benefits under an automobile policy of insurance issued by Allstate Fire and Casualty Insurance Company to Plaintiff Monica Marcellin, for alleged damages to the Plaintiff allegedly caused by an accident which occurred on or about January 18, 2017 (*See* Plaintiff's Original Petition). Plaintiff

commenced this action, styled *Monica Marcellin vs. Allstate Fire and Casualty Insurance Company d/b/a Allstate,* against Defendant by filing Plaintiff's Original Petition on August 30, 2022, under Cause Number CC-22-04796-C in the County Court at Law No. 3, Dallas County, Texas. According to the Plaintiff's Original Petition in that suit, the Plaintiff seeks to recover damages from Defendant of $250,000.00 or less. Allstate was served on September 1, 2022. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). A true and correct copy of each document filed in the state court action is being filed with this Notice as required by 28 U.S.C. § 1446(a).

## II.

## DIVERSITY JURISDICTION

2.1   The District Courts of the United States have original jurisdiction over this action based on complete diversity of citizenship between the parties as contemplated by 28 U.S.C. § 1332(a). The Plaintiff is now, and was at the time the lawsuit was filed, a citizen of the State of Texas. (*See* Plaintiff's Original Petition). Defendant Allstate is now, and was at the time the action was commenced, a citizen of the State of Illinois, and is not a resident or citizen of Texas.

2.2   There being complete diversity between the parties, this case is properly removed to the U.S. District Court for the Northern District of Texas, Dallas Division.

## III.

## REMOVAL PROPER

3.1   This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) as an action wholly between citizens of different states with the matter in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

3.2     Under 28 U.S.C. § 1441(a), the removed action is proper in this Court as the district and division embracing the place where the state court action is pending.

3.3     Defendant will promptly give the parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).  Defendant will promptly file a copy of this Notice of Removal with the clerk of the County Court at Law No. 3, Dallas County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

## IV.

## EXHIBITS ACCOMPANYING REMOVAL

4.1     In conjunction with filing this Notice of Removal, Defendant files the following documents as Exhibits:

Exhibit "A" – An index of all documents that clearly identifies each document and indicates the date the document was filed in state court

Exhibit "B" – A copy of the docket sheet in the state court

## V.

## DEMAND FOR JURY TRIAL

5.1     In accordance with Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury.

## VI.

## CONCLUSION

6.1     Because diversity jurisdiction exists over Plaintiff's claim as set forth in Plaintiff's Original Petition, Defendant desires and is entitled to remove the lawsuit filed

in the County Court at Law No. 3, Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

    WHEREFORE, PREMISES CONSIDERED, Defendant Allstate Fire and Casualty Insurance Company d/b/a Allstate, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes Cause Number CC-22-04796-C, styled *Monica Marcellin vs. Allstate Fire and Casualty Insurance Company d/b/a Allstate*, from the County Court at Law No. 3, Dallas County, Texas to this Court on September 30, 2022, for trial and determination.

    Respectfully submitted,

    */s/ John W. Stilwell*
    JOHN W. STILWELL
    TBN:  19242800

    LAW OFFICE OF JOHN STILWELL, PLLC
    6213 Chapel Hill, Suite B
    Plano, Texas 75093
    (972) 403-7400 Office
    (972) 403-1100 Fax
    (214) 727-4200 Cell
    Email:  john@stilwelldallas.com

    ATTORNEY FOR DEFENDANT
    ALLSTATE FIRE AND CASUALTY
    INSURANCE COMPANY D/B/A
    ALLSTATE

CERTIFICATE OF SERVICE

On September 30, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record electronically and/or by facsimile and/or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2) and by the Texas Rules of Civil Procedure.

*/s/ John W. Stilwell*
JOHN W. STILWELL