# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA MARCELLIN,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:22-CV-2178-L** |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY D/B/A ALLSTATE,** | § § § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Plaintiff Monica Marcellin's Stipulation of Dismissal with Prejudice as to Defendant Allstate Fire and Casualty Insurance Company d/b/a Allstate. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 5), filed December 6, 2022.  As the parties have agreed to this dismissal pursuant to this rule, it is dismissed as a matter of course, and no court order is required.  The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request.  Accordingly, this action is **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 6th day of December 2022.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page